

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00652-CR

Emilio Rene **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 13-CRD-90
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REFORMED to reflect that appellant, Emilio Rene Martinez, is entitled to credit for 482 days served, and the trial court's judgment is AFFIRMED AS REFORMED.

SIGNED November 4, 2015.

Luz Elena D. Chapa, Justice